O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, ) | CV 10-5239 RSWL |
| ) | |
| Plaintiff, ) | **ORDER Re: PLAINTIFF'S** |
| v. ) | **REQUEST FOR ISSUANCE OF** |
| ) | **WRIT [11]** |
| Jaime Enrique Wheelock, ) | |
| ) | |
| Defendant. ) | |

Before the Court is Plaintiff's Request for Issuance of Writ and Order to Show Cause. The Court finds that Plaintiff presents no valid reasons for granting this Request. Accordingly, Plaintiff's Request is **DENIED.**

DATED: May 31, 2011

**IT IS SO ORDERED.**

RONALD S.W. LEW
------
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

1