# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME ENRIQUE WHEELOCK,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>ANTHONY HAYNES, WARDEN,<br><br>　　　　　Respondent. | NO. CV 10-5239-RSWL (MAN)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATE MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed. The Court accepts the findings and recommendations set forth in the Report.

IT IS ORDERED that: (1) the Petition is dismissed for lack of jurisdiction; (2) Judgment shall be entered dismissing this action; and (3) a certificate of appealability is not warranted and, thus, is denied. *See* <u>Porter v. Adams</u>, 244 F.3d 1006, 1007 (9th Cir. 2001).

1 IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
2 the Judgment herein on the parties.
3
4 LET JUDGMENT BE ENTERED ACCORDINGLY.
5
6 DATED: July 10, 2013

**RONALD S.W. LEW**
_____
HON. RONALD S.W. LEW
SENIOR U.S.DISTRICT JUDGE