**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JAIME ENRIQUE WHEELOCK,               ) NO. CV 10-5329-RSWL (MAN)
                                       )
                Petitioner,            )
                                       )
        v.                             ) JUDGMENT
                                       )
ANTHONY HAYNES, WARDEN,                )
                                       )
                Respondent.            )
_____)


    Pursuant to the Court's Order Accepting Findings And Recommendations Of United States Magistrate Judge And Denying Certificate Of Appealability,


    IT IS ADJUDGED that this action is dismissed.


DATED: July 10, 2013


                              **RONALD S.W. LEW**
                              _____
                              HON. RONALD S.W. LEW
                              SENIOR U.S. DISTRICT JUDGE