1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **CENTRAL DISTRICT OF CALIFORNIA**
10
11  JAIME ENRIQUE WHEELOCK,        ) NO. CV 10-5329-RSWL (MAN)
                                   )
12              Petitioner,        )
                                   )
13       v.                        ) JUDGMENT
                                   )
14  ANTHONY HAYNES, WARDEN,        )
                                   )
15              Respondent.        )
   _____)
16
17
18       Pursuant  to  the  Court's  Order  Accepting  Findings  And
19  Recommendations Of United States Magistrate Judge And Denying
20  Certificate Of Appealability,
21
22       IT IS ADJUDGED that this action is dismissed.
23
24  DATED: July 10, 2013
25
26                              **RONALD S.W. LEW**
                                _____
27                              HON. RONALD S.W. LEW
                                SENIOR U.S. DISTRICT JUDGE
28